UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TKE ELEVATOR CORP.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　　　　　　Defendant. | 24-CV-00175 (AS)<br><br><u>ORDER</u> |

**ARUN SUBRAMANIAN, United States District Judge:**

　　　　Pursuant to the Court's January 12th Order, ECF No. 6, the parties were required to file a joint letter and case management plan, the contents of which are described therein, no later than April 25th. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 29, 2024, at 5:00 PM**.

　　　　SO ORDERED.

Dated: April 26, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge