UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TKE ELEVATOR CORP., <br><br>                       Plaintiff,<br><br>-against-<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>                       Defendant. | 24-CV-00175 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's January 12th Order, Dkt. 6, the parties were required to file a joint letter and case management plan, the contents of which are described therein, no later than April 25th. The parties failed to do so. On April 26, 2024, the Court extended that deadline, *nunc pro tunc*, to April 29, 2024, at 5:00 PM. Dkt. 17. The parties once again failed to comply. **If the parties do not file the joint letter and case management plan by 5:00 PM today, May 1, 2024, this case will be dismissed for failure to prosecute.**

      As a reminder, an initial pretrial conference is scheduled in this matter for May 2, 2024, at 11:00 AM. Dkt. 6.

      SO ORDERED.

Dated: May 1, 2024
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                              United States District Judge