UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TKE ELEVATOR CORP.,

                Plaintiff,

-against-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA et al.,

                Defendants.

24-CV-00175 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The Court entered a scheduling order in this case on May 1, 2024. Dkt. 21. Without explanation, Plaintiff has submitted a proposed scheduling order with extended deadlines. Dkt. 27. If Plaintiff requests an adjournment of the deadlines in the current scheduling order, Plaintiff should file a letter motion in accordance with Paragraph 3.E of this Court's Individual Practices.

      Plaintiff is ordered to review the entirety of this Court's Individual Practices and comply with them at all times going forward.

      SO ORDERED.

Dated: May 23, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge