**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TKE ELEVATOR CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | **Case No.: 24-CV-00175** |

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff TKE Elevator Corp. and defendants National Union Fire Insurance Company of Pittsburgh, Pa. and American Home Assurance Company that the action be, and hereby is, dismissed without prejudice, without costs to any party as against the other, pursuant to Fed. R. Civ. P. 41(a)(1)(A); and

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed in counterparts all of which shall constitute one document, and that digital copies of this stipulation shall be deemed originals.

**Bruce S. Goodman**
Zeichner Ellman & Krause LLP
730 Third Avenue
New York, NY 10017
bgoodman@zeklaw.com
*Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, PA and American Home Assurance Company*

Sherilyn Pastor

**Sherilyn Pastor**
McCARTER & ENGLISH, LLP
250 W 55th St., 13th Floor
New York, NY 10019
(212) 609-6800
*Attorneys for Plaintiff, TK Elevator Corporation*